```
4cca-30     REV. 04/09/06        T R A N S M I T T A L   S H E E T
                                 (Notice of Appellate Action)
```

| | | |
|---|---|---|
| ____Notice of Filing<br>____Cross Appeal<br>____Interlocutory Appeal<br>____Additional NOA<br>____Amended NOA<br>____Transmittal of Record<br>____Transmittal of Certif.<br>____Supplement to ROA<br>____Supplemental Certif.<br>____Other_____<br>_____ | UNITED STATES DISTRICT COURT<br>for the<br>____DISTRICT OF _____<br>at_____<br>Caption: | District Court No.:<br>_____<br><br>4CCA No.:_____<br><br>Consolidated with No.:<br><br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1.  NOA filed:<br><br><br><br>2.  Amended NOA filed: | 4.  Fees<br>        ____USA no fee required<br>$5 filing fee:        ____paid    ____unpaid<br>$450 docket fee:      ____paid    ____unpaid<br>Pauper status: ____granted____denied____pending in dist.ct.<br>Does PLRA Apply? ____Yes ____No   3-strikes? ___Yes ___No<br>[If PLRA applies, 4CCA sends forms & acts on application] |
| 3.  District Judge: | 5.  Materials Under Seal in District Court: ___Yes ___No<br><br>     Party Names Under Seal in District Court: ___Yes ___No |
| 6.  Official Ct. Reporter(s):<br><br><br>Contract Court Reporter:<br><br><br>Coordinator: | 7.  Transcript<br>    In-Court Hearing Held:  ____Yes ____No |
| | 8.  Criminal/Prisoner Cases<br>    ____recalcitrant witness    Defendant's Address:<br>    ____on death row<br>    ____in custody<br>    ____on bond<br>    ____on probation |

**Part II**                TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD | SUPPLEMENT TO RECORD - SUPPLEMENT #_____ |
|---|---|
| Pleadings: Vols._____ | Pleadings: Vols._____ |
| Transcript: Vols._____ | Transcript: Vols._____ |
| Exhibits: Vols._____ | Exhibits: Vols._____ |
| Depositions: Vols._____ | Depositions: Vols._____ |
| State Ct. Record: Vols._____ | State Ct. Record: Vols._____ |
| Sealed: Vols. _____ | Sealed: Vols. _____ |
| No. of Boxes: _____ | No. of Boxes: _____ |

Deputy Clerk:_____    Phone:_____    Date:_____