UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:98-CR-79-BO-1

| | | |
|---|---|---|
| TRUMAN SCOTT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on the petitioner's motion for disclosure of grand jury transcripts [DE 239] and the government's motion to dismiss [DE 242]. The government's motion is GRANTED and the petitioner's motion is DISMISSED.

Petitioner has presented myriad motions to this Court since his sentencing in 1999. After the petitioner pleaded not guilty, a jury returned a guilty verdict against the petitioner on all six counts charged against him in the indictment. Judge Fox subsequently sentenced the petitioner to a total term of imprisonment of 765 months.

Included in petitioner's various prior motions was a motion for release of grand jury material. That motion, which is strikingly similar to the motion now before this Court, was summarily denied by Judge Fox on December 20, 2006. [DE 148]. The petitioner filed an interlocutory appeal challenging that denial, but the Fourth Circuit affirmed Judge Fox's Order. The current request for relief by the petitioner has already been presented to and denied by this Court. This issue already having been ruled upon, and the petitioner presenting no new facts to the Court, it is proper to dismiss the petitioner's motion.

For the reasons discussed above, the government's motion is GRANTED and the petitioner's motion is DISMISSED.

SO ORDERED.

This the 26 day of February, 2013.

*[signature]*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE