

| Phone (919) 645-1700　Fax (919) 645-1750 | **United States District Court**<br>**Office of the Clerk**<br>**310 New Bern Ave.**<br>**Raleigh, NC 27601** | Peter A. Moore, Jr.<br>Clerk of Court |

# MEMORANDUM

Date:　12/29/2017

To:　Assistant United States Attorney

From: Linda Downing, Deputy Clerk

Re:　Truman Scott - 7:98-cr-79-1BO

---

The defendant has filed a pro se motion with this court. The Government is directed to file a response to the motion within 21 days of the entry of this memorandum.

The motion is docket entry 275 in CM/ECF.

Thank you for your time with this matter.